IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| FLO PAC, LLC, | * |
| Plaintiff, | * |
| v. | * CIVIL NO.: WDQ-09-0510 |
| NUTECH, LLC, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 30th day of March, 2009, ORDERED that:

1. Flo Pac's motion for a preliminary injunction against NuTech's production, distribution, sale, or advertisement of unbranded or misbranded valves (Paper No. 2), BE, and HEREBY IS, DENIED;

2. Flo Pac's motion for a preliminary injunction against NuTech's production, distribution, sale, or advertisement of valves or other products bearing the "FLO-PAC" mark (Paper No. 2), BE, and HEREBY IS, GRANTED; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge
```