# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**CHIEF MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4560**
**(410) 962-3630 FAX**

December 11, 2009

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

Flo Pac, LLC v. NuTech, LLC, et al
Civil Action No.: WDQ-09-510

Dear Counsel:

Please be advised that due to a conflict in the Court's Calendar, the Settlement Conference in the above case has been RESCHEDULED  from Thursday, February 18, 2010 to **Wednesday, February 10, 2010** at 10:00 a.m. and the Ex Parte letters are  now due on Wednesday, January 27, 2010.  As stated in the prior scheduling Order, it is essential that the parties, or in the case of a corporation or partnership, an officer or other **representative with complete authority to enter into a binding settlement, be present in person**.  Attendance by the attorney for a party is <u>not</u> sufficient. Counsel should refer to the previous Order Scheduling Settlement, dated October 22, 2009, for further instructions.

Despite the informal nature of this letter it will constitute an order of the Court and will be docketed accordingly.

Very truly yours,
    /S/
Paul W. Grimm
United States Magistrate Judge

cc:    Judge Quarles
       Court File

1